**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 601 EAL 2018 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LAMAR P. OGELSBY, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.